UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23400-CIV-WILLIAMS

DANILO MARTINEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Edwin G. Torres's Paperless Report and Recommendation ("***the Report***") (DE 23) on Defendant's Unopposed Motion for Entry of Judgment with Remand ("***the Motion***"). (DE 22.) In the Report, Judge Torres recommends that the Court grant Defendant's Motion and remand this case to the Commissioner of the Social Security Administration ("***the Commissioner***") for further proceedings. No objections to the Report have been filed.

Upon an independent review of the Report, the Motion, and the underlying record, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 23) are **AFFIRMED AND ADOPTED**.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (DE 23) is **GRANTED**.

3. Based on the Motion, the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner shall:

    a. Obtain supplemental testimony from a vocational expert regarding appropriate jobs and the incidence of such jobs in the national economy;

      b.  Resolve any inconsistencies between the vocational evidence and the Dictionary of Occupational Titles, pursuant to Social Security Ruling 00-4p;

      c.  Update the record;

      d.  Offer Plaintiff the opportunity for a new hearing; and

      e.  Issue a new decision.

4. All pending motions, including Plaintiff's Motion for Summary Judgment (DE 17), are **DENIED AS MOOT**.

5. In light of the foregoing, the Clerk of Court is directed to **ENTER FINAL JUDGMENT** pursuant to Fed. R. Civ. P. 58 and **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>29th</u> day of December, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE