UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23400-CV-WILLIAMS

DANILO MARTINEZ,

    Plaintiff,

v.

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin Torres' Report and Recommendation (DE 31) ("***Report***") on Petitioner Katherine Palacios-Moreno's Motion for Authorization of an Attorney Fee Under Section 406(b)(1) of the Social Security Act (DE 28) ("***Motion***"). Defendant "neither supports nor opposes" the Motion but "requests that [any] [o]rder distinguish between the full amount determined as reasonable under section 406(b) and the net amount awarded for payment purpose." (DE 30 at 1–2). In the Report, Judge Torres recommends that the Motion be granted in part, and that Plaintiff be awarded $35,000 in attorney's fees pursuant to 42 U.S.C. § 406(b) with instructions for the agency to process a "net" fee of $27,664.72. (DE 31 at 5.) This represents a "slight reduction" from Petitioner's requested amount, which the Report finds is appropriate given that Petitioner billed 33.8 hours total in her representation of Plaintiff in these proceedings. (*Id.* at 3–4 (citing DE 28 at 5)). Further, Judge Torres recommends that this sum should be paid directly to Plaintiff's counsel from past-due benefits currently being withheld by the Commissioner. (*Id.* at 5). No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Torres' Report (DE 31) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees (DE 28) is **GRANTED IN PART**. Petitioner shall be awarded $35,000 in attorney's fees pursuant to 42 U.S.C. § 406(b), including a "net" fee of $27,664.72 for the agency to process. The net sum should be paid directly to Petitioner from past-due benefits currently being withheld by the Commissioner.

3. In accordance with the Court's Order of Remand and Final Judgment (DE 24), this case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>3rd</u> day of November, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE